**DENIED and Opinion Filed December 8, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-01239-CV**

**IN RE INSURANCE OFFICE OF AMERICA, INC. AND STEPHEN MCCORD, Relators**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-04058**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relators' December 7, 2023 petition for writ of mandamus.

Relators challenge the trial court's orders dated November 20, 2023, granting real

party in interest's motion to compel and denying relators' motion to quash and for

protective order.

Entitlement to mandamus relief requires relators to show that the trial court

clearly abused its discretion and that relators lack an adequate appellate

remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). Relators bear the burden of providing the Court with a record sufficient

to show entitlement to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).

Rule 52.3(k)(1)(A) required relators to file an appendix with their petition that contains "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." TEX. R. APP. P. 52.3(k)(1)(A). Rule 52.7(a)(1) required relators to file with their petition "a certified or sworn copy of every document that is material to the relator's claim for relief that was filed in any underlying proceeding." TEX. R. APP. P. 52.7(a)(1). Although relators provided certified copies of the two November 20, 2023 orders at issue, none of the other documents relators included in their appendix or record are sworn or certified copies. Thus, relators have failed to meet their burden to provide this Court with a record sufficient to demonstrate entitlement to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus.

Also before the Court is relators' December 7, 2023 emergency motion for temporary stay of trial court's discovery orders. The motion lacks the required certificate of conference, although real party in interest has already filed a response opposing the motion. *See* TEX. R. APP. P. 10.1(a)(5). In any event, we deny the emergency motion as moot.

231239f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE

–2–